8

AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ALBERTO GARCIA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08MJ0596

I, ALBERTO GARCIA , the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on March 27, 2008, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Alberto Garcia
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER