# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
ALBERTO GARCIA )

CASE NUMBER 08CR0924-BTM

ABSTRACT OF ORDER

Booking No. 10429319 8

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of April 28, 2008

the Court entered the following order:

✓ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $________ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

✓ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

✓ Defendant sentenced to TIME SERVED, supervised release for 1 years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other.________

BARRY TED MOSKOWITZ

UNITED STATES MAGISTRATE JUDGE

OR

Received ________
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by T. M. [signature]
Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY